#### 11663.   TATE *v.* THE STATE.

LUKE, J. This case is here upon the sole assignment of error that the verdict was without evidence to support it. The direct and circumstantial evidence was sufficient to authorize the verdict of guilty; the trial judge approved the verdict. It was not error to overrule the motion for a new trial.

   *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED JULY 28, 1920.

Indictment for having distilling apparatus on premises; from Lincoln superior court — Judge Walker. May 11, 1920.

*Colley & Colley,* for plaintiff in error.
*R. C. Norman, solicitor-general,* contra.